E-FILED 9/15/16
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY E. CASTILLO, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TUFF SHED, INC. and DOES 1 through 50,<br><br>　　　　Defendants. | CASE NO.: 5:16-CV-01728-PSG-KK<br><br>CLASS ACTION<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 800 (Roybal)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR REMAND OF CASE TO CALIFORNIA SUPERIOR COURT FOR RIVERSIDE COUNTY<br><br>Complaint Filed: July 1, 2016<br>　(Riverside County Superior Court, Case No. RIC1608233)<br><br>Removal Date: August 11, 2016 |

1  Plaintiff Tommy E. Castillo ("Plaintiff") and Defendant Tuff Shed, Inc.
2  ("Defendant") (collectively the "Parties") have filed a Joint Stipulation for Order
3  Remanding Case to California Superior Court for Riverside County.
4  Upon consideration of the Parties' joint stipulation, IT IS HEREBY
5  ORDERED that this case shall be, and hereby is, remanded to California Superior
6  Court for County of Riverside for further proceedings, without prejudice to
7  Defendant to seek federal court jurisdiction should additional evidence be
8  discovered through litigation that would support grounds for removal.
9  IT IS FURTHER ORDERED that any court hearings and pending deadlines
10 are taken off calendar in this Court.
11 IT IS FURTHER ORDERED that each party shall bear its own costs and fees
12 in connection with the removal of the action and this remand.
13 **IT IS SO ORDERED.**
14 September __15__, 2016

**PHILIP S. GUTIERREZ**

Hon. Philip S. Gutierrez
Judge of the United District Court